UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| TYRONSA Q. ROBERTSON, | ) | No. 5:20-cv-04508-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| KILOLO KIJAKAZI,[1] | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). ECF No. 19. Plaintiff, through counsel, consents to the motion. Defendant's Motion is *granted*. This case is reversed and remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Appeals Council will vacate the ALJ's decision and refer Plaintiff's case to an ALJ for further administrative proceedings including, but not limited to, re-evaluating the medical source opinions pursuant to the appropriate medical evidence regulations; offering Plaintiff the opportunity for a hearing; and issuing a new decision.

IT IS SO ORDERED.

August 9, 2021
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).