UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| TYRONSA Q. ROBERTSON, | ) | No. 5:20-cv-04508-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 22nd day of November, 2021, upon consideration of the Parties' STIPULATION it is hereby, ORDERED that that the previously filed Equal Access to Justice Act ("EAJA") petition [Doc #23] is hereby withdrawn; It is further ORDERED that Plaintiff, Tyronsa Q. Robertson, is awarded attorney fees in the amount of Five Thousand, Two Hundred, Eighty Dollars and 00/100 Cents ($5,280.00) and expenses in the amount of Sixteen Dollars and 00/100 Cents ($16.00) under 28 U.S.C. § 2412(d) of the EAJA. These attorney fees will be paid directly to Plaintiff, Tyronsa Q. Robertson, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

November 22, 2021  Kaymani D. West
Florence, South Carolina  United States Magistrate Judge